UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| JERRY HALCOMB | : |
| Plaintiff, | : |
| v. | : Case No. : 2:10-cv-928 |
| C.R. BARD, INC. | : Judge Marbley |
| and | : Magistrate Judge Abel |
| BARD ACCESS SYSTEMS, INC. | : |
| Defendants. | : |

## AGREED ORDER

THIS CAUSE having been fully resolved between Plaintiff, Jerry Halcomb and Defendants, C.R. Bard, Inc., and Bard Access Systems, Inc., (collectively the "parties). The parties having stipulated and agreed to dismissal of the Complaint and all claims, with prejudice, against the Defendants.

DUE NOTICE having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice as to all Plaintiff's claims against Defendants, without further costs to the defendants, all costs having been paid and all claims against Defendants having been resolved.

ENTERED: 30 April 2012

_____
JUDGE

3